IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DEREK GALLOP, JR., | |
| Plaintiff, | CIVIL ACTION NO.: 4:21-cv-82 |
| v. | |
| ASHLEY WOOD, et al. | |
| Defendants. | |

**O R D E R**

The Magistrate Judge recommended that *pro se* plaintiff Derek Gallop, Jr.'s 42 U.S.C. § 1983 Complaint be dismissed.  (See generally doc. 7.)  As the Magistrate Judge explained, Gallop's Complaint alleged that various constitutional violations occurred during a state criminal investigation and prosecution.  (Id. at 3-11.)  The Magistrate Judge explained that the judges, prosecutors, and grand jurors named as defendants are immune from suit.  (Id. at 4-8.)  He also explained that Gallop's potential claim of malicious prosecution against a police officer failed because the criminal proceeding against him had not terminated in his favor.  (Id. at 9-10.)  Finally, the Magistrate Judge explained that this Court was required to abstain from interfering in an ongoing criminal prosecution in a state court.  (Id. at 10-11.)  Gallop's objection does not take issue with the Magistrate Judge's interpretation of his allegations or the applicable law.  (See doc. 8 at 1.)  Gallop simply asserts that he has "evidence to verify [his] claims," and that he intends to reassert his claims when he "regain[s] his freedom . . . ."  (Id.)  Nothing in his objection undermines the Magistrate Judge's analysis.

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's February 3, 2022, Report and Recommendation, (doc. 7), and **ADOPTS** the Report and Recommendation as its opinion.  Gallop's objections are **OVERRULED**.  (Doc. 8.)  For the reasons discussed by the Magistrate Judge, the Complaint, (doc. 1), is **DISMISSED**.  The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 25th day of March, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA